Below is an Order of the Court.

_____
TRISH M. BROWN
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re                )
                     ) Case No._____
                     )
                     )
                     ) ORDER DIRECTING SUPPORT PAYMENT
Debtor(s)            ) AND/OR CHAPTER 13 PAYMENT TO TRUSTEE

The above-named debtor(s) filed a petition under Chapter 13 of the Bankruptcy Code and proposed a plan to pay creditors over a period of time through a trustee appointed by the Court. The Court has jurisdiction over all earnings of the debtor(s) during the course of this case, except for deductions required by law.

THEREFORE IT IS ORDERED THAT THE EMPLOYER, whose name and mailing address are _____ _____, SHALL (as to the debtor whose name is _____; and whose social security number ends with the four digits _____) forward check(s) per the requirements in each box marked below:

   Pay $_____ **per month** for support to the Oregon Division of Child Support, PO Box 14506, Salem, OR 97309-0420.
   Pay $_____ **per month** for support to _____.
   To the extent funds are available after full payment of any support indicated above, pay $_____
_____
**per month (CLEARLY SHOWING THE ABOVE "Case No." ON THE CHECK)** to "Office of the Trustee", PO Box 420, Memphis TN 38101-0420, and deliver to the debtor a check for the balance of any net wages due for that period.

IT IS FURTHER ORDERED THAT if the debtor ceases to work for the employer, the employer must promptly notify the trustee.
                                                      ###
If you have questions, call the debtor's attorney: _____

**TO THE DEBTOR(S):**
If either the specified amount above or the amount paid by your employer to the trustee is different than the amount specified by the Plan, you continue to be obligated to pay the amount provided in the Plan regardless of the amount the employer pays for support and/or to the trustee.

**TO THE EMPLOYER:**
The plan filed by your employee obligates a portion of the debtor's future earnings toward payment of debts. The trustee may issue further directives to you either changing the amount to be paid to the trustee per this Order or fully terminating this Order to make payments to the trustee.

                                                      Clerk, U.S. Bankruptcy Court
1351P (12/1/12)