**UNITED STATES BANKRUPTCY COURT**
**District of Oregon**

In re ) 
 **Edward Gene Brasley** ) Case No. **15–33033–dwh13**
Debtor(s) )
 )  NOTICE TO SERVE
 )  DOCUMENT(S)
 )
 )

**Troy G. Sexton IS NOTIFIED** that a copy of document(s) entitled **Application by Debtor's Attorney for Supplemental Compensation and Order Thereon, and Notice Thereof** included as additional PDF file(s) in the Notice of Electronic Filing (NEF) of this document, and any additional required attachment(s) must be immediately served on all appropriate parties as follows:

1. Before serving the copies you must:

    a. [If there is a Notice of Hearing enclosed] Place the Notice of Hearing on top of any other documents to be served on paper.

    b. Attach copies of any attachments originally filed with the document to be served, unless that is not required by the Certificate of Service on that document; and

    c. [If there is a Certificate of Service on the document to be served] Attach copies of any other document(s) required by the certificate.

    Do not attach a copy of this Notice.

2. Within **14** days of the date below, unless an order on the document to be served provides otherwise, you must file a completed, dated, and signed certificate of service, without any attachments, that links to the original document and, unless you use a certificate included on the document to be served, includes: (a) a certification that you served the document(s) on all appropriate parties, and (b) a clearly identified list of the names and addresses of all parties served conventionally using paper.

Dated: 12/23/19                                                                                         Clerk, U.S. Bankruptcy Court
                                                                                                                1050 SW 6th Ave. #700
                                                                                                                Portland, OR 97204